[946 NYS2d 530]

In the Matter of the Judicial Settlement of the Intermediate Account of HSBC Bank USA, N.A., as Trustee of the Trust under Agreement Dated January 21, 1957, Seymour H. Knox, Grantor, for the Benefit of the Issue of Seymour H. Knox, III, for the Period January 21, 1957 to November 3, 2005. HSBC Bank USA, N.A., Appellant; W.A. Read Knox et al., Respondents. (Proceeding No. 1.) (Appeal No. 4.)

Fourth Department, June 19, 2012

APPEARANCES OF COUNSEL

*Harris Beach PLLC*, Buffalo (*Richard T. Sullivan* of counsel), and *Blair & Roach*, Tonawanda, for appellant.

*Donald G. McGrath, PLLC*, Williamsville (*Donald G. McGrath* of counsel), and *Duke, Holzman, Photiadis & Gresens LLP*, Buffalo, for W.A. Read Knox and others, respondents.

*Hodgson Russ LLP*, Buffalo (*Daniel C. Oliverio* of counsel), for Daniel C. Oliverio, guardian ad litem for Seymour H. Knox, V and others, respondent.

### OPINION OF THE COURT

SCUDDER, P.J.

Same opinion by SCUDDER, P.J., as in *HSBC Bank USA, N.A. (Knox)* (98 AD3d 300 [2012] [appeal No. 2]).

SMITH, CENTRA and LINDLEY, JJ., concur.

It is hereby ordered that said appeal is unanimously dismissed without costs.